**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ROBERT REEVES,

            Plaintiff.

vs

                                        Case No: 11-CV-11830-DT

KENNETH SALISBURY, JANET BELEN,
BRIAN EVERS,

            Defendants.
_____/

## FINAL JUDGMENT

The above-entitled action having come on to be heard, and the jury sworn to try the case having returned a verdict in favor of the defendants and against the plaintiff on July 29, 2013, therefore,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that this action be dismissed on the merits, and that the defendants recover of the plaintiff its costs of action.

Dated at Detroit, Michigan, on the 31st day of July 2013.

                                        DAVID WEAVER
                                        CLERK OF THE COURT

                                        BY: s/Holly Monda
                                                Deputy Clerk

APPROVED:

S/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE